IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| WILLIAM H. RUSH, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil No. 09-6321-TC |
| v. ) | |
| ) | ORDER |
| NANCY HOWTON, ) | |
| ) | |
| Respondent. ) | |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on July 29, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. Petitioner's petition (#1) is denied. This proceeding is dismissed.

DATED this **31st** day of **August**, 2011.

_____
Michael C. Hogan
United States District Judge

2  - ORDER